UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:15-CR-2012-SAB |
| vs. | |
| DANE EDWARD ANDRUS, | Preliminary Order of Forfeiture |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea to Count 1 of the Indictment, charging him with Bank Robbery, in violation of 18 U.S.C. § 2113(a) & (d) for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c),  Defendant, DANE EDWARD ANDRUS, shall forfeit to the United States any firearm or ammunition involved or used in the commission of the offense, including, but not limited to a Keltec P11, 9mm pistol with serial number 87113.

The Court has determined, based upon the Defendant's plea agreement (ECF No. 27), plea agreement addendum, and discussion during Defendant's sentencing, that the firearm is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such firearm described above, and such offense(s).

Upon the entry of this Order, the United States, and/or its agents and representatives are authorized to seize the above-listed assets subject to forfeiture, whether held by the Defendant or a third party, and to conduct any discovery proper in identifying, locating or disposing of property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Preliminary Order of Forfeiture 1
Prelim Ord Forf

Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

The United States shall publish notice of the order and its intent to dispose of the property. Pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), the United States will post notice of this order on the official government internet site www.forfeiture.gov  for at least 30 consecutive days.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified. Any person, other than the above-named Defendant, asserting a legal interest in the above-listed property may, within thirty (30) days of the last date of internet posting of notice, or by the date indicated on direct notice, if sent, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the above-listed forfeited assets and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924 and 28 U.S.C. § 2461(c).

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), and 21 U.S.C. § 853(n), as

incorporated by 18 U.S.C. § 924 and 28 U.S.C. § 2461(c) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 22nd day of July, 2015.



Stanley A. Bastian
United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/Benjamin D. Seal
Benjamin D. Seal
Assistant United States Attorney

Preliminary Order of Forfeiture 3
Prelim Ord Forf